UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R.G. CANDLER,<br>Plaintiff,<br>v.<br>JOVAN BUSTOS, et al.<br>Defendants. | Case No. 1:25-cv-00345-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 21) |

Plaintiff Steven R.G. Candler ("Plaintiff"), a federal prisoner proceeding pro se and *in forma pauperis*, initiated this action with the filing of a complaint on March 24, 2025. Doc. 1.

On October 9, 2025, the assigned magistrate judge entered a first screening order, finding that Plaintiff failed to cognizably plead any claims and granting leave to amend. Doc. 15. Plaintiff filed his first amended complaint on October 24, 2025. Doc. 17. On July 7, 2026, after screening the first amended complaint and determining it was deficient for the same reasons as those articulated in the first screening order (Doc. 15), the magistrate judge issued findings and recommendations to dismiss the complaint for failure to state a claim upon which relief can be granted. Doc. 21.

The magistrate judge found that Plaintiff again failed to plead any cognizable claims, noting that Plaintiff did not assert facts connecting any defendant to the alleged verbal harassment and did not identify any conduct implicating the Eighth Amendment or any retaliation claim. *Id.* The

magistrate judge further noted that Plaintiff improperly included unrelated claims, which he also failed to connect to any defendant. *Id.* at 4. The magistrate judge determined that further leave to amend would be futile because Plaintiff's first amended complaint is deficient for the same reasons as identified in the first screening order, and Plaintiff has failed to remedy those deficiencies. *Id.* at 5.

The Court served the findings and recommendations (Doc. 21) on Plaintiff and provided Plaintiff with 21 days to file any objections. *Id.* Plaintiff timely filed objections on July 20, 2026. Doc. 22. Plaintiff's objections repeat his general allegations, without linking them to any defendant and without identifying any conduct in violation of the Eighth Amendment or any retaliation in violation of the First Amendment. *See id.*

Pursuant to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

With respect to Plaintiff's request that this Court send his case to the Ninth Circuit, Plaintiff is advised that if he wishes to seek review by the Ninth Circuit Court of Appeals of the order dismissing this action, he must timely file a notice of appeal with the district court clerk's office within 30 days. *See* Fed. R. App. P. 4(a), (c).

Accordingly, the Court HEREBY ORDERS:

1. The findings and recommendations, Doc. 21, issued on July 7, 2026, are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED without leave to amend for failure to state a claim; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: July 30, 2026

UNITED STATES DISTRICT JUDGE